UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

DATE OF 341 MEETING: 12/22/22    CASE NO: 22-24729

IN RE: Blaine & Melissa Saunders    TRUSTEE: Thomson

# CHAPTER 7 SECTION 341 MEETING REPORT

**NOTWITHSTANDING THE DEFICIENCIES NOTED BELOW, THE TRUSTEE RECOMMENDS THAT THE CASE NOT BE DISMISSED UNDER APPLICABLE LOCAL BANKRUPTCY RULES**

1. DEBTOR(S)
   [X] Present, Sworn, Examined   [ ] Not Present – Local Bankruptcy Rule ("LBR") 2003-1(a)
   [ ] Husband Present, Wife Not – LBR 2003-1(a)
   [ ] Wife Present, Husband Not – LBR 2003-1(a)

2. DEBTOR'S ATTORNEY
   [X] Present   [ ] Not Present – LBR 2003-1(a)   [ ] N/A (Pro Se)

3. MAILING MATRIX TIMELY FILED
   [X] YES  [ ] NO – LBR 1007-1

4. DOMESTIC SUPPORT OBLIGATION MATRIX TIMELY FILED
   [ ] YES   [ ] NO – Bankr. D. Rule 1007-1(b)

5. NEW ADDRESS FOR DEBTOR?
   [ ] NO  [ ] YES – Debtor and Attorney advised of duty to file written notice of change of address

6. FAILURE TO PROVIDE THE FOLLOWING DOCUMENTS UNDER LBR 4002-1(b) - (d):
   Monthly financial account statements

7. MEETING:  [ ] Concluded   [X] Continued to: 2/14/23 at 1:00 p.m.[1] (New 341 Date) due to failure of Debtor to file or provide to Trustee all required documents

8. IF THE COURT SUSTAINS AN OBJECTION TO DISMISSAL OF THIS CASE, THE TRUSTEE HEREBY REQUESTS:
   [ ] a 341 hearing be rescheduled   [ ] a 341 hearing NOT be rescheduled

*CREDITORS*

_Michael F. Thomson_
PRESIDING OFFICER

   This detailed 341 meeting report has been mailed to the Debtor and Debtor's counsel at the addresses that appear on the Petition in this case. In addition, an electronic copy has been delivered to the Office of The U.S. Trustee at USTPRegion19.SK.ECF@USDOJ.GOV.

Date: 12/30/22          / s / Michael F. Thomson
                        Chapter 7 Trustee

---

[1] Continued meeting to be held via Zoom. Go to Zoom.us, Click on JOIN or call 1 (385) 363−4068, Enter Meeting ID 821 274 1929, and Passcode 0550154983.

ACTIVE 684353030v1